IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Little, Tony E | Case Number: 04 B 24569 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 6/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 20, 2008
Confirmed: August 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,340.97 | |
| Secured: | | 14,908.91 |
| Unsecured: | | 4,678.33 |
| Priority: | | 0.00 |
| Administrative: | | 1,505.20 |
| Trustee Fee: | | 1,099.84 |
| Other Funds: | | 148.69 |
| Totals: | 22,340.97 | 22,340.97 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,505.20 | 1,505.20 |
| 2. | CarMax Auto Finance | Secured | 14,908.91 | 14,908.91 |
| 3. | Educational Credit Management Corp | Unsecured | 3,720.84 | 3,720.84 |
| 4. | CarMax Auto Finance | Unsecured | 456.49 | 456.49 |
| 5. | Corporate America Family CU | Unsecured | 167.90 | 167.90 |
| 6. | County Bank Of Rehoboth Beach | Unsecured | 65.00 | 15.30 |
| 7. | SBC | Unsecured | 21.09 | 21.09 |
| 8. | Nationwide Acceptance Corp | Unsecured | 296.71 | 296.71 |
| 9. | Certified Services | Unsecured | | No Claim Filed |
| 10. | FSM Group Inc | Unsecured | | No Claim Filed |
| 11. | GC Services | Unsecured | | No Claim Filed |
| 12. | GC Services | Unsecured | | No Claim Filed |
| 13. | EFGI Advance Cash | Unsecured | | No Claim Filed |
| 14. | Associated Companies | Unsecured | | No Claim Filed |
| 15. | Pay Day Loans | Unsecured | | No Claim Filed |
| 16. | PPGC | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| 18. | ADT Security Systems | Unsecured | | No Claim Filed |
| 19. | Xpedx | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,142.14 | $ 21,092.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 135.56 |
| 4% | 12.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Little, Tony E

Printed: 7/15/08

Case Number: 04 B 24569
Judge: Wedoff, Eugene R
Filed: 6/30/04

|       |         |
|------:|--------:|
| 3%    | 134.63  |
| 5.5%  | 243.05  |
| 5%    | 73.65   |
| 4.8%  | 141.41  |
| 5.4%  | 359.49  |
|       | _____ |
|       | $ 1,099.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

